UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| THOMAS LEE, | ) | CASE NO.  3:11-CV-0856-LRH-WGC |
| | ) | |
| Petitioner, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATED: FEBRUARY 10, 2012 |
| | ) | |
| LORI HARRIS, | ) | |
| | ) | |
| Respondent. | ) | |

PRESENT: <u>HONORABLE WILLIAM G. COBB</u> , U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>      Reporter: <u>FTR: 10:29:49 a.m. - 10:54:13 a.m.</u>

Counsel for Petitioner: <u>THOMAS STEARNS LEE, In Pro Per</u>

Counsel for Respondent: <u>BORIS KUKSO (telephonically)</u>

PROCEEDINGS: **STATUS CONFERENCE**

10:29 a.m. Court convenes.

The Court advises Petitioner that there is no legal mechanism in the Federal Rules of Civil Procedure for a motion to demurr summons.

Therefore, **IT IS ORDERED** that the Motion to Demurr Summons (Doc. 1) is **DENIED**.

The parties are further advised that District Judge Hicks will be ruling on the Motion to Dismiss (Doc. 4) and the Motion to Quash Summons (Doc. 2).

Some discussion occurs as to the correct caption of this case.  While it is the position of the United States that they are the proper respondent, that determination has not been made.

**IT IS ORDERED** that the caption in this matter shall be Thomas Stearns Lee, Petitioner, v. Lori Harris, Respondent.  Petitioner is advised to file a motion to amend if he wishes to add the Internal Revenue Service as a respondent.

It is noted in the course of these proceedings that Petitioner has filed several documents into the Court's docket.  These documents are: Notice of Demand for Verified Assessment and to Cease and Desist Abusive Collection Practices (Doc. 9); Exhibit (Doc. 10); and Affidavit of Truth (Doc. 11).  Mr. Kukso advises the Court he has not seen these filings, as they were filed under seal due to the inclusion of Petitioner's social security number.

Page Two
3:11-cv-0856-LRH-WGC (Lee v. Harris)
February 10, 2012

**IT IS ORDERED** that the Clerk shall email these filed documents to Mr. Kukso.  Mr. Lee is advised to refrain from including his social security number on any pleadings which he files in the future.

**IT IS FURTHER ORDERED** that Petitioner shall have **one week**, or until **February 17, 2012,** to supplement his Response to Motion to Dismiss (Doc. 8), and to address all of the issues as outlined in said motion.  The United States shall then have until **February 29, 2012** to file a reply.

10:54 a.m.  Court adjourns.

                                                      LANCE S. WILSON, CLERK

                                                      By: /s/

                                                      Deputy Clerk