UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS S. LEE, | ) | 3:11-cv-00856-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 26, 2012 |
| | ) | |
| LORI HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>JENNIFER COTTER</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court are petitioner Thomas S. Lee's Motion to Request Referral to Federal Public Defender (Doc. #18) and Application for Leave to Proceed *in forma pauperis* (Doc. #22). Respondents Lori Harris and Internal Revenue Service, and interested party the United States of America, have not filed responses.

The court denies Mr. Lee's Motion to Request Referral to a Federal Public Defender (Doc. #18). The Criminal Justice Act of 1964 ("CJA"), 18 U.S.C. § 3006A, created the office of Federal Public Defenders and provides that representation shall be provided to any financially eligible person who is changed with a crime. This is a civil case, brought by Mr. Lee, who has not been charged with any crime. As a result, Mr. Lee's request for a referral for to a Federal Public Defender is inappropriate because his case does not involve criminal matters.

The court also denies Mr. Lee's Application for Leave to Proceed *in forma pauperis* (Doc. #22). Under 28 U.S.C. § 1915, the central question is whether the party requesting to proceed in *forma pauperis* can continue without undue hardship. Mr. Lee has failed to demonstrate that undue hardship would result. Mr. Lee's application states that Mr. Lee's annual income is approximately $16,000.00. (*See id*.) Additionally, his application states that he owns three cars. (*Id*.) Given his financial circumstances, the court cannot conclude that requiring Mr. Lee to pay court costs would result in undue hardship.

**MINUTES OF THE COURT**
3:11-cv-00856-LRH-WGC
Date:  March 26, 2012
Page 2

      IT IS THEREFORE ORDERED that Mr. Lee's Motion to Request Referral to Federal Public Defender (Doc. #18) is **DENIED**.  IT IS FURTHER ORDERED that Mr. Lee's Application for Leave to Proceed *in forma pauperis* (Doc. #22) is **DENIED**.

**IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                    By:       /s/
                                                    Deputy Clerk